1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-00295-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:  December 6, 2019<br>Case Removed:   January 13, 2020 |

**ORDER**

This matter comes before the Court on the Joint Stipulation to File First Amended Complaint filed by Plaintiff Christine Crump ("Plaintiff") and Defendant Hyatt Corporation ("Defendant"). Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

1. Plaintiff shall file a First Amended Complaint within seven days of entry of this Order;

2. Defendant shall file a Responsive Pleading, if any, to the First Amended Complaint within fourteen days of Plaintiff filing her First Amended Complaint.

**IT IS SO ORDERED.**

Dated: 8/5/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE