# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>         Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No. 4:20-cv-00295-HSG<br><br>**ORDER AMENDING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE** |

This matter comes before the Court on the Stipulation to Amend Class Certification Briefing Schedule and Hearing Date ("Stipulation") filed by Plaintiff Christine Crump ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") after the Telephonic Case Management Conference on March 16, 2021.  Having reviewed the Stipulation and finding good cause exists for the relief requested therein, the Court hereby amends the class certification briefing and schedule and hearing date as follows:

    May 6, 2021 – Motion for Class Certification Filing Deadline

    July 1, 2021 – Opposition to Class Certification Filing Deadline

    July 22, 2021 – Mediation Deadline

    August 26, 2021 – Reply in Support of Class Certification

    September 9, 2021 at 2:00 p.m. – Hearing on Motion for Class Certification

**IT IS SO ORDERED.**

Dated: _____3/17/2021_____      _____
                                                        Honorable Haywood S. Gilliam, Jr.
                                                        United States District Court