UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00295-HSG<br><br>**ORDER GRANTING STIPULATION TO AMEND CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE (as modified)**<br><br>Complaint Filed:　December 6, 2019<br>FAC Filed:　　　　August 5, 2020 |

# ORDER

Plaintiff Christine Crump ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") have submitted a Stipulation To Amend Class Certification Briefing Schedule And Hearing Date (Dkt. No. 47). Having reviewed the Stipulation and finding good cause exists for the relief requested therein, the Court **GRANTS** the Stipulation and hereby amends the class certification briefing schedule and hearing date as follows:

1. July 15, 2021 — Opposition to Class Certification Filing Deadline
2. July 22, 2021 — Mediation Deadline
3. September 9, 2021 — Reply in Support of Class Certification Deadline
4. September **30**, 2021 at 2:00 p.m. — Hearing on Motion for Class Certification

**IT IS SO ORDERED.**

Dated: 6/1/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge