1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-00295-HSG<br><br>**ORDER GRANTING STIPULATION TO AMEND CLASS CERTIFICATION REPLY AND HEARING DATE (as modified)**<br><br>Complaint Filed: December 6, 2019<br>FAC Filed:　　　　August 5, 2020 |

# ORDER

Plaintiff Christine Crump ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") have submitted a Stipulation To Amend Class Certification Reply And Hearing Date (Dkt. 50). Having reviewed the Stipulation and finding good cause exists for the relief requested therein, the Court **GRANTS** the Stipulation and hereby amends the class certification briefing schedule and hearing date as follows:

1. September 23, 2021 — Reply in Support of Class Certification Deadline
2. ~~October 7, 2021~~ October 14, 2021 at 2:00 p.m. — Hearing on Motion for Class Certification

**IT IS SO ORDERED.**

Dated: 8/9/2021

Hon. Haywood S. Gilliam, Jr.
United States District Judge