1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act,<br><br>    Plaintiff,<br><br>    v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 4:20-cv-00295-HSG<br><br>**ORDER (AS MODIFIED) GRANTING STIPULATION TO VACATE CLASS CERTIFICATION REPLY AND HEARING DATE**<br><br>Complaint Filed: December 6, 2019<br>FAC Filed:      August 5, 2020 |

## ORDER

Plaintiff Christine Crump ("Plaintiff") and Defendant Hyatt Corporation ("Defendant") have submitted a Stipulation To Vacate Class Certification Reply And Hearing Date (Dkt. 52). Having reviewed the Stipulation and finding good cause exists for the relief requested therein, the Court **GRANTS** the Stipulation and hereby vacates the class certification briefing schedule and hearing date set forth in the Court's Order (Dkt. 50).

The Court further **DIRECTS** the parties to file by September 28, 2021, a joint status report of no more than two pages notifying the Court when they anticipate filing the motion for preliminary approval in light of the parties' successful settlement.

**IT IS SO ORDERED.**

Dated: September 21, 2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge