R. Rex Parris (SBN 96567)
  rrparris@parrislawyers.com
Alexander R. Wheeler (SBN 239541)
  awheeler@parrislawyers.com
Kitty K. Szeto (SBN 258136)
  kszeto@parrislawyers.com
Ryan A. Crist (SBN 316653)
  rcrist@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, California 93534
T:  (661) 949-2595 / F:  (661) 949-7524

Attorneys for Plaintiff and the Settlement Class

SEYFARTH SHAW LLP
Brian P. Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
T:  (213) 270-9600 / F:  (213) 270-9601

SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
mafar@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
T:  (310) 277-7200 / F:  (310) 201-5219

Attorneys for Defendant HYATT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE CRUMP, individually, and on behalf of other members of the general public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HYATT CORPORATION, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 4:20-cv-00295-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATED FINAL JUDGMENT** |

The Court, having granted final approval of the Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement Agreement") as set forth in the Order Granting Motion for Final Approval and Granting in Part and Denying in Part Motion for Attorneys' Fees (Dkt. No. 77) ("Final Approval Order"), hereby enters this Stipulated Final Judgment ("Judgment") as follows:

1. The Court hereby enters judgment in the above-entitled action for Plaintiff Christine Crump and the 15,774 Settlement Class Members as defined in the Settlement Agreement and in accordance with the terms of the Settlement Agreement and Final Approval Order.

2. The Settlement Agreement, Final Approval Order, and this Judgment binds Plaintiff Christine Crump and all 15,774 Settlement Class Members who did not timely submit a Request for Exclusion from the Settlement.

3. Plaintiff Christine Crump and all 15,774 Settlement Class Members are hereby permanently enjoined from pursuing or seeking to reopen claims that have been released by the Settlement Agreement and Final Approval Order.

4. The 96 individuals identified in **Exhibit "A"** who submitted a timely Request for Exclusion from the Settlement Agreement are hereby excluded from the Settlement Agreement, Final Approval Order, and this Judgment. The Settlement Agreement, the releases set forth in the Settlement Agreement, the Final Approval Order, and this Judgment are not binding on the 96 individuals identified in **Exhibit "A."**

5. The Court hereby retains continuing jurisdiction over the enforcement of this Judgment.

**IT IS SO ORDERED.**

DATE: 2/21/2023

Honorable Haywood S. Gilliam, Jr.
United States District Court